USDC IN/ND case 1:18-cv-00126-WCL-PRC document 5 filed 04/27/18 page 1 of 9

92D02-1804-CT-000233
Filed: 4/27/2018 10:30 AM
Clerk
Allen County, Indiana
MJ

Allen Superior Court 2

| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- | --- |
| | ) | SS: | |
| COUNTY OF ALLEN | ) | | CAUSE NO._____ |

ASHLEY EBBING, )
)
      Plaintiff, )
)
v. )
)
KROGER LIMITED PARTNERSHIP I, )
and STARBUCKS CORPORATION, )
)
      Defendants. )

## COMPLAINT

Plaintiff alleges against Defendants as follows:

1. The Plaintiff is Ashley Ebbing, a qualified female employee of the Defendants at all times material to this Complaint. Plaintiff alleges that she was harassed, discriminated against, and retaliated against on the basis of her sex (female) and sexual orientation (heterosexual), and was subjected to a hostile work environment for reporting the harassment and discrimination on the basis of her sex and sexual orientation, all in violation of her federally protected rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII").

2. The Defendants are joint "employers" for the purposes of Title VII: Kroger Limited Partnership I ("Kroger"), a company doing business at 10230 Chestnut Plaza, Fort Wayne, IN 46814, and Starbucks Corporation ("Starbucks"), a company also doing business at 10230 Chestnut Plaza, Fort Wayne, IN 46814.

3. Plaintiff filed a Charge of Discrimination with the EEOC on or about May 16, 2017, a copy of which is attached hereto, incorporated herein, and made a part hereof as "Ex. A." The

−1−

EEOC issued its Dismissal and Notice of Rights on January 31, 2018, a copy of which is attached hereto and made a part hereof as "Ex. B." All jurisdictional requirements have been met and all administrative remedies have been exhausted for the filing of this lawsuit.

4. At all times material to this Complaint, Plaintiff performed within the reasonable expectations of her joint employers. Plaintiff worked as a barista in the Starbucks franchise located on the Kroger property, within the Kroger store, from on or about December 8, 2016, until her constructive discharge on or about May 7, 2017. Plaintiff was required to wear a Starbucks uniform and apron and was trained to perform her job per Starbucks's standards.

5. When Plaintiff began her job as a Starbucks Barista, she was trained by manager Amanda Grimes. Grimes is a very outspoken transgender woman who frequently spoke of her sexuality, gender, genitals, and her plans to get a sex change. On one occasion, Grimes played a video on her phone of a sex change operation for Plaintiff and her co-workers to watch. Grimes behaviors began to make Plaintiff feel very uncomfortable.

6. Grimes also told Plaintiff that she was receiving hormone injections, and that the injections made her aggressive. In fact, Grimes exhibited aggressive behaviors frequently: yelling at Plaintiff in front of co-workers and customers, slamming her hands down on counters, and slapping the hands of Plaintiff and co-workers. Grimes also told Plaintiff that she used to be in the military and was "trained to kill people," to intimidate Plaintiff.

7. Grimes also made multiple inappropriate comments to Plaintiff, calling her beautiful, and complimenting her physical appearance, which made Plaintiff uncomfortable. Grimes frequently attempted to get Plaintiff to associate with her after working hours. Shortly

after Plaintiff began working for Starbucks she did in fact visit Grimes' home, and Grimes and her wife provided Plaintiff with alcohol, despite the fact that Plaintiff was under the age of twenty-one. Plaintiff thereafter avoided associating with Grimes outside of work, even though Grimes continued to insist that they "hang out."

8. Further, Grimes treated homosexual employees more favorably than heterosexual employees, often assigning the homosexual employees the easiest assignments, and giving them achievement awards such as the "black apron" that they didn't earn. Grimes often talked down to the heterosexual employees about their sexuality and belittled their sexuality by mocking them for "doing things the straight way."

9. Grimes's persistent and pervasive behaviors created a hostile work environment and caused Plaintiff to experience a high amount of stress while at work, and even at home. Plaintiff often found herself crying while on the clock, on her way home from work, and even on her days off when thinking about the work situation. Plaintiff then confronted Grimes and told her she felt harassed and discriminated against and asked Grimes to stop talking about sexual identity and attempting to get Plaintiff to "hang out" outside of work.

10. Grimes continued to discuss sexuality every day that Plaintiff worked, so Plaintiff went to the assistant manager, Megan, at Kroger in February 2017, and complained that she was being harassed and discriminated against at the hands of Grimes. Shortly after she made the complaint, Plaintiff was approached by Grimes and questioned about what she had said to Megan. Grimes became very angry and aggressive thereafter and began to target Plaintiff with more deliberate and obvious behaviors, even resorting to calling Plaintiff "lazy," "dumb," "two-faced," and a "bitch." Grimes also notified Plaintiff that she could

do whatever she wanted because she was transgender and had already threatened to sue the company.

11. Grimes assigned more work to Plaintiff, cut her hours, and began giving her hours away to new employees. Plaintiff made multiple complaints over the next few weeks to multiple members of the management team; each time she was told her concerns would be addressed, but nothing changed for the better. Not only did Grimes increase her hostility towards Plaintiff, but Grimes began treating Plaintiff's heterosexual co-workers much more aggressively, which caused many of Plaintiff's co-workers to resign within a short period of time. In fact, by information and belief, approximately twenty-five (25) employees quit over a six (6) month period from a kiosk that took only eight (8) people to run.

12. In March 2017, the harassment and hostile work environment became so intense that Plaintiff told members of management that she wanted to speak to the corporate supervisor "Robbie," but was told not to go over the store manager's head because it would "make her mad," and ultimately was told by the store assistant manager, Megan, that if she wanted to "keep her job" she should "not go to Robbie." Meanwhile, Grimes continued to create a hostile work environment and retaliate against Plaintiff for complaining.

13. After complaining to at least five (5) members of management (including the Store Manager) on multiple occasions over the course of one month about Grimes retaliatory, hostile, and discriminatory behaviors, members of management began to avoid Plaintiff. Grimes continued to be allowed to discuss her sexuality, genitals, gender identity, and be verbally and physically aggressive towards Plaintiff. Grimes' behaviors were

inappropriate, severe, and pervasive, to the point that Plaintiff's physical and mental health became endangered. Plaintiff was then constructively discharged on or about May 7, 2017.

14. Plaintiff contends that she was discriminated against, retaliated against, and subjected to a hostile work environment on the basis of her sex and sexual orientation in violation of her federally protected rights under Title VII, and that Defendants' behavior was the direct and proximate cause of Plaintiff suffering the loss of her job and job related benefits, such as income, and subjected her to emotional distress, embarrassment, humiliation, mental anguish, and other damages and injuries. Plaintiff is entitled to seek compensatory damages.

15. Furthermore, Defendants' actions were intentional, knowing, willful, wanton, and in reckless disregard of her federally protected rights under Title VII, warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendants for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ Jennifer L. Hitchcock
Christopher C. Myers, #10043-02
Jennifer L. Hitchcock, #34635-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:      cmyers@myers-law.com
             jhitchcock@myers-law.com
Counsel for Plaintiff

USDC IN/ND case 1:18-cv-00126-WCL-PRC document 5 filed 04/27/18 page 7 of 9

Filed: 4/27/2018 10:30 AM
Clerk
Allen County, Indiana
MJ

02D02-1804-CT-000233
Allen Superior Court 2

EEOC Form 5 (1/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA<br>[X] EEOC | EC-0105-A17<br>24D-2017-00314 |

City of Fort Wayne Metro Human Relations Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ashley R. Ebbing | (260) 205-6600 | |

Street Address: 5117 Bitter Creek Place, Fort Wayne, IN 46814

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| STARBUCKS | 500 + | (260) 625-6031 |

Street Address: 10230 Chestnut Plaza Dr, Fort Wayne, IN 46814

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KROGER | | (260) 625-6031 |

Street Address: 10230 Chestnut Plaza Dr, Fort Wayne, IN 46814

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01/01/2017    Latest: 05/07/2017
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a qualified, heterosexual employee who was working for Starbucks inside the Kroger grocery as a barista. During my employment, the manager subjected me to harassment and discrimination based on sexual orientation. Amanda Grimes ("Grimes") spoke often about her sexual orientation, being transgender, and suicide attempts. Grimes was also physically intimidating towards me by talking about being trained to kill while in the military. In addition, she rolled her eyes, slammed cabinets and threw things around, wore gay pride pins, and harassed me for valid information. Grimes discussed sexual orientation and made me feel guilty because she is transgender.

In addition, heterosexual employees are subjected to harsher treatment and given more job duties. I did not receive any formal discipline but Grimes would raise her voice to me and not the homosexual employee. She would also correct me and discipline me in front of customers and other employees instead of in private.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Date: May 16, 2017
Charging Party Signature: *[signed] Ashley Ebbing*

EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [X] FEPA | EC-0105-A17 |
| | [X] EEOC | 24D-2017-00314 |

City of Fort Wayne Metro Human Relations Commission                    and EEOC
*State or local Agency, if any*

I have complained about this treatment to management on several occasions. I have reported it to Human Resources as well, but nothing has changed and her behavior got worse. In retaliation for my complaint, Grimes told the other employees that I was two-faced, a bitch, was a bad worker and lazy. She also cut my hours.

My manager Amanda Grimes created a hostile working environment for me and I no longer felt comfortable going to work and I resigned effective May 7, 2017.

For these reasons, I believe I have been subjected to harassment in the workplace based on my sexual orientation, heterosexual, and constructively discharged. I also believe I have been discriminated against because of my sexual orientation, heterosexual, and sex, female, and retaliated against for complaining. This is in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| May 16, 2017               *[signature]*<br>Date              Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

USDC IN/ND case 1:18-cv-00126-WCL-PRC document 5 filed 04/27/18 page 9 of 9

Filed: 4/27/2018 10:30 AM
Clerk
Allen County, Indiana
MJ

02D02-1804-CT-000233
Allen Superior Court 2

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Ashley R. Ebbing<br>5117 Bitter Creek Place<br>Fort Wayne, IN 46814 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2017-00314 | Brien L. Shoemaker,<br>Enforcement Supervisor | (317) 226-6118 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Michelle Eisele,
District Director

JAN 31 2018

(Date Mailed)

Enclosures(s)

cc: Mark Fjelde
Associate Labor Relations Specialist
KROGER
5960 Castleway West Drive
Indianapolis, IN 46250

EXHIBIT
B